UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:19-cv-63030-FAM

DEBORAH DAVIS,

    Plaintiff,

vs.

THE WHOLE ENCHILADA
PLANTATION LLC d/b/a THE
WHOLE ENCHILADA FRESH
MEXICAN GRILL,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

  The Plaintiff, by and through undersigned, hereby notifies the Court that the Parties have reached a settlement of all claims and issues that were or could have been raised by the Plaintiff in this lawsuit. The Parties are preparing a formal written document and will be filing a stipulation for dismissal with prejudice within 21 days.

Dated this February 12, 2020

Respectfully submitted,

  LAUREN N. WASSENBERG
  & ASSOCIATES, P.A.
  *Counsel for Plaintiff*
  1825 NW Corporate Drive
  Suite 110
  Boca Raton, Florida 33431
  Tel: 561-571-0646
  Fax: 561-571-0647
  wassenbergl@gmail.com

  By: *s/ Lauren N. Wassenberg*
    Lauren N. Wassenberg, Esquire
    Fla. Bar No. 34083

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 12th day of February 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ Lauren Wassenberg
Lauren Wassenberg, Esq.
Florida Bar No.: 34083