UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 19-63030-CIV-MORENO**

DEBORAH DAVIS,

        Plaintiff,

vs.

THE WHOLE ENCHILADA
PLANTATION LLC d/b/a THE
WHOLE ENCHILADA FRESH
MEXICAN GRILL,

        Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(i), Plaintiff hereby file this Notice of Voluntary Dismissal, dismissing this action *with prejudice* on the grounds that the Parties have reached a settlement. Pursuant to *Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272 (11th Cir. 2012), this stipulation is conditioned on the Court entering an order dismissing this action with prejudice and reserving jurisdiction to enforce the Parties' Settlement Agreement. Included herewith is a proposed final order of dismissal with prejudice.

Respectfully Submitted,

  s/ Lauren N. Wassenberg
  Lauren N. Wassenberg, Esquire
  Florida Bar No. 34083
  1825 NW Corporate Blvd, Suite 110
  Boca Raton, Florida 33139
  Telephone:   (561) 571-0646
  Facsimile:    (561) 571-0647
  Email: wassenbergl@gmail.com
  *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this 18th day of February, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel or record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                               By: s/ Lauren Wassenberg
                                                   Lauren Wassenberg, Esq.
                                                   Florida Bar No.: 34083